IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ORIGINAL**

Jerry Mason,                            Civil No. 1:00-CV-1490
    Petitioner                  :

vs                                      :    (Judge Rambo)

Robert W. Meyers; and                   :    (Magistrate Judge Smyser)
Attorney General of the
Commonwealth of Pennsylvania            :
    Respondents

:

**Request To Have Petition Ruled Upon As Filed**

FILED
SEP 2 6 2000
PER _____
HARRISBURG, PA.    DEPUTY CLERK

To the Honorable Magistrate Judge J. Andrew Smyser;

    In accordance with this Courts order of September 8, 2000, I, Jerry Mason, the Petitioner in the above captioned case, Respectfully request this Honorable Court to Rule upon the Petition for Writ of Habeas Corpus as filed.

    Furthermore, I, Jerry Mason, request the right to amend such Petition to include any and all issues that might arise after I have had the opportunity to review the Trial Transcripts, which at present time I do not have copies of.

    Additionally, Petitioner presently has a Motion for Appointment of Counsel before this Honorable Court. As of this date no ruling has been issued on this matter. Petitioner is therefore refiling this Motion along with this request.

Date: Sept. 25, 2000

Respectfully Submitted,

*Jerry Mason*
Jerry Mason
BK6012
Box A
Bellefonte, PA.
16823