ORIGINAL

*seal*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY MASON, | : | CIVIL NO. 1:00-CV-1490 |
| Petitioner | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Smyser) |
| ROBERT W. MEYERS, Superintendent, | : | |
| Respondent | : | |

FILED
HARRISBURG, PA

OCT 10 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ORDER

**IT IS ORDERED** that:

1. The Clerk is directed forthwith to serve a copy of the petition and this Order by certified mail on the Attorney General of the Commonwealth of Pennsylvania and the District Attorney of Luzerne County, Pennsylvania.

2. Respondents, on or before **October 30, 2000**, shall respond to the petition for writ of habeas corpus in the manner required by Rule 5, 28 U.S.C.A. foll. §2254:

> The answer shall respond to the allegations of the petition. In addition it shall state whether the petitioner has exhausted his state remedies including any post-conviction remedies available to him under the statutes or procedural rules of the state and including also his right of appeal both from the judgment of conviction and from any adverse judgment or order in the post-conviction proceeding. The answer shall indicate what transcripts (of pretrial, trial, sentencing, and

AO 72A

post-conviction proceedings) are available, when they can be furnished, and also what proceedings have been recorded and not transcribed. There shall be attached to the answer such portions of the transcripts as the answering party deems relevant. The court on its own motion or upon request of the petitioner may order that further portions of the existing transcripts be furnished or that certain portions of the nontranscribed proceedings be transcribed and furnished. If a transcript is neither available nor procurable, a narrative summary of the evidence may be submitted. If the petitioner appealed from the judgment of conviction or from an adverse judgment or order in a post-conviction proceeding, a copy of the petitioner's brief on appeal and of the opinion of the appellate court, if any, shall also be filed by the respondent with the answer.

3. A determination as to whether there will be a hearing will be made after the filing of a response.

4. Petitioner may, if he so desires, file a reply to the response within ten (10) days of its filing.

5. The Clerk is directed to note the address of the District Attorney of Luzerne County, Pennsylvania, on the front of the docket sheet in this case. All documents filed by the parties and by the Court shall be served upon the District Attorney and the Office of Attorney General.

6. The petitioner's motions (docs. 2 & 5) for the appointment of counsel are denied without prejudice to reconsideration of the merits of appointing counsel if a

hearing is appropriate or circumstances warrant such an order for other reasons.

                                                                                                              _____
                                                                                                              J. Andrew Smyser
                                                                                                              Magistrate Judge

Dated:   October 10, 2000.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 10, 2000

Re:  1:00-cv-01490   Mason v. Meyers

True and correct copies of the attached were mailed by the clerk
to the following:

Jerry Mason
SCI-R
SCI at Rockview
BK-6012
P.O. Box A
Bellefonte, PA  16823

cc:
Judge                          ( )
Magistrate Judge               (✓)
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            (✓)   with Petition attached & mailed certified mail
                                     to: US Atty Gen  ( )   PA Atty Gen (✓)
                                         DA of County ( )   Respondents (✓)

Bankruptcy Court               ( )
Other _____  ( )

                                                         MARY E. D'ANDREA, Clerk

DATE:  10/10/00                              BY: _____
                                                         Deputy Clerk

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Recipient's Name: Frances Filipi
City, State, ZIP+4: [illegible] PA 17120

Recipient's Name: Michael Asher
Street: 15-Floor Strawberry Sq.
City, State, ZIP+4: HBG PA 17126

Recipient's Name: David Lupas
Street: 200 N. River St
City, State, ZIP+4: W-Barre PA 18711