**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature — ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

OCT 12 2000

1. Article Addressed to:

Mr. Francis Filipi, Deputy Attorney General
15th Floor, Strawberry Square
Harrisburg, Pa. 17120

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7000 0600 0027 5713 4673 / 1-00-cv-1490 Smyser

PS Form 3811, July 1999    Domestic Return Receipt  10/4  10/10/00   102595-99-M-1789

---

**FILED HARRISBURG**
OCT 13 2000
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

1-00-cv-149
Dr d ord
10/10/00

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature — ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

OCT 12 2000

1. Article Addressed to:

Michael Fisher, Pa. Attorney General
15th Floor, Strawberry Square
Harrisburg, Pa. 17120

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7000 0600 0027 5713 4680 / 1-00-cv-1490 Smyser.

PS Form 3811, July 1999    Domestic Return Receipt  10/4  10/10/00   102595-99-M-1789