| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*   B. Date of Delivery<br><br>C. Signature<br>*Richard Grabo*   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>     If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>District Attorney<br>David Lupas<br>200 N. River St<br>Wilkes-Barre, Pa 18711 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7000 0600 0027 5713 4666 | 1-00-CV-1490  Smyser 10/10/00 |
| PS Form 3811, July 1999    Domestic Return Receipt 3 of 4 | 102595-99-M-1789 |

FILED
HARRISBURG

OCT 1 6 2000

MARY E. D'ANDREA, CLERK
Per O,FS
DEPUTY CLERK

1-00-CV-1490
Smyser
10/10/00