See Attachment



11-13-00
SC

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY MASON, | : | CIVIL NO. **1:00-CV-1490** |
| Petitioner | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Smyser) |
| ROBERT W. MEYERS, Superintendent, | : | |
| Respondent | : | |

**FILED**
HARRISBURG, PA

NOV 0 9 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

<u>ORDER</u>

On August 21, 2000, the petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By an Order dated October 10, 2000, the respondent was ordered to respond to the petition on or before October 30, 2000. The respondent has not responded to the petition as ordered.

AND NOW, this 9th day of November, 2000, **IT IS HEREBY ORDERED** that within ten days of the date of this Order the respondent shall show cause why a default judgment should not

be entered against him and the petition for a writ of habeas corpus granted and/or other sanctions entered against him based on the failure to obey the Order of October 10, 2000.

*J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: November 9, 2000.

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

November 9, 2000

Re:  1:00-cv-01490   Mason v. Meyers

True and correct copies of the attached were mailed by the clerk to the following:

```
Jerry Mason
SCI-R
SCI at Rockview
BK-6012
P.O. Box A
Bellefonte, PA  16823

David W. Lupas
Luzerne County Courthouse
Wilkes Barre, PA  18711
```

```
cc:
Judge                            ( )
Magistrate Judge                 (✓)
U.S. Marshal                     ( )
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( )  with N/C attached to complt. and served by:
                                      U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( )  with Petition attached & mailed certified mail
                                      to:  US Atty Gen  ( )   PA Atty Gen ( )
                                           DA of County ( )   Respondents ( )
Bankruptcy Court                 ( )
Other_____      ( )
```

MARY E. D'ANDREA, Clerk

11/9/00                           BY: /s/                     
                                       Deputy Clerk