David W. Lupas, Esq.
16 Luzerne Avenue
West Pittston, PA  18643

Re: 1:00-cv-01490

Please file all pleadings directl[y with]
the assigned Judge is located. D[...]
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyser

---

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Raymond J. Durkin
Magistrate Judge Thomas M. Blewitt

---

Judge James F. McClure
Judge Malcolm Muir

FILED
HARRISBURG, PA
NOV 28 2000
MARY E. D'ANDREA, CLERK
Per _____