OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790



TELEPHONE
215-597-2995

20

_Middle    (Scranton)_____Clerk of District Court    Date _10/15/01_____
   (District)

_Harris v. Romine_____    C. of A. No. __01-3580____
   (Caption)

_George Harris_____
   (Appellant)

_00-cv-01490_____
   (D.C. No.)

Enclosures:

___10/15/01_____ Certified Copy of C. of A. Order by the Court/**Clerk**
   (Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
            is recalled.

                                    _Carmella Wells_____  _(267)-299- 4928_____
                                       Deputy Clerk          Telephone Number

Receipt Acknowledge:

_____
   (Name)

N:\record release.wpd

EPS-417     October 10, 2001
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 01-3580

Harris v. Romine
(M.D. Pa. No. 00-cv-01940)

To: Clerk

1) Motion for Leave to Proceed In Forma Pauperis

---

The foregoing Motion is granted. Should the appellant file any future applications for leave to proceed in forma pauperis in this Court, the application must be accompanied by an affidavit in the form specified by the Federal Rules of Appellate Procedure and a statement of his prison account for the prior six months.

For the Court,

*Marcia M. Waldron*

Clerk

Dated: October 11, 2001
CLW/cc: Mr. George Harris
        Matthew E. Haggerty, Esq.

FILED
SCRANTON

OCT 1 8 2001

PER ___ DEPUTY CLERK