IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Jerry Mason,                          :      Civil No. 1:00-CV-1490

          Petitioner                  :

     vs                               :            (Judge Rambo)

Robert W. Meyers; and                 :      (Magistrate Judge Smyser)
Attorney General of the
Commonwealth of Pennsylvania          :

          Respondents

                                      :

### REQUEST FOR COURT ORDERED DOCUMENTS

     Petitioner, Jerry Mason, respectfully request this Honorable Court to order the Respondents to furnish the following Documents in order for this Court to make a full evaluation of this case.

1.   Petitioner request the Defense Brief filed at the conclusion of the PCRA hearing.

2.   All Lower Court orders or request for blood samples of Petitioner, requested by the Defense and Commonwealth of Pennsylvania.

3.   All findings and results of such blood tests.

4.   All Police Reports.

5.    All Investigator's Reports gathered by the Defense and Commonwealth of Pennsylvania (specifically, but not limited to, crime scene investigation).

6.    The Lower Court order(s) and opinion(s) concerning the removal of conflict counsel(s).

7.    Any and all documents this Court deems appropriate.

8     Petitioner reserves the right to file for a Supplemental Order requesting documents.

9.    Petitioner requests this Honorable Court to order the Respondents to also serve the foregoing Documents on Petitioner as well as the Court.

Wherefore, Petitioner respectfully request this Honorable Court for an Order directing the Respondents to furnish the above documents. These documents will further aid this Honorable Court in its evaluation of Petitioner's claims of Constitutional Violations.

Dated: *February 19, 2001*

Respectfully Submitted,

*Jerry Mason*

Jerry Mason
BK-6012
Box A
Bellefonte, PA.
16823

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Jerry Mason,                        :        Civil No. 1:00-CV-1490
     Petitioner              :

     vs                       :        (Judge Rambo)

Robert W. Meyers; and               :        (Magistrate Judge Smyser)
Attorney General of the
Commonwealth of Pennsylvania        :
     Respondents

                               :

## CERTIFICATE OF SERVICE

I, Jerry Mason, Petitioner Pro Se, hereby certify that on the _19th_ day of _February_, 2001, I have served a true and correct copy of the foregoing document on the person and in the manner indicated below:

<u>Service by First Class Mail,</u>
<u>Postage pre-paid, addressed as follows:</u>

Frank P. Barletta,
Assistant District Attorney
Luzerne County Courthouse
200 North River Street
Wilkes-Barre, PA.
18711