IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY MASON, | : |
|    *Petitioner* | : Civil No. 1:00-CV-1490 |
| v. | : |
| | : |
| ROBERT W. MEYERS, | : (Magistrate Judge Smyser) |
| Superintendent, | : |
|    *Respondent* | : |

### PETITIONER'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE BRIEF

AND NOW comes the petitioner, Jerry Mason, by his attorney Daniel I. Siegel of the Federal Public Defender's Office, and files this Motion for Extension of Time Within Which to File Brief.

1. Pursuant to this Court's most recent order, petitioner is due to file a brief in support of the petition for writ of habeas corpus on or before April 11, 2000.

2. Petitioner's attorney, Assistant Federal Public Defender Daniel I. Siegel, has not completed his review of the record in this case.

3.  Counsel for the respondent, Assistant District Attorney Frank P. Barletta, concurs in a thirty day extension of the briefing deadline.

WHEREFORE, it is respectfully requested that the deadline for filing petitioner's brief in support of petition for writ of habeas corpus be extended to Monday, May 21, 2001.

Respectfully submitted,

Date: April 11, 2001

Daniel I. Siegel, Esquire
Asst. Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Attorney for Jerry Mason
Attorney ID # 38910

## **CERTIFICATE OF CONCURRENCE**

I, Daniel I. Siegel, of the Federal Public Defender's Office certify that on April 10, 2001, I contacted Assistant District Attorney Frank P. Barletta and he stated that he would concur in the foregoing motion.

Date: April 11, 2001

_____
DANIEL I. SIEGEL, ESQUIRE
Asst. Federal Public Defender

## CERTIFICATE OF SERVICE

I, Daniel I. Siegel, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of **PETITIONER'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE BRIEF** by placing the same in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

>Frank P. Barletta, Esquire
>Assistant District Attorney
>Luzerne County Courthouse
>200 North River Street
>Wilkes-Barre, PA 18711

>Jerry Mason
>Inmate No. BK-6012
>SCI Rockview
>PO Box A
>Bellefonte, PA 16823

Date: April 11, 2001

DANIEL I. SIEGEL, ESQUIRE
Asst. Federal Public Defender
Attorney for Jerry Mason