# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jerry Mason, | : | Civil No. 1:00-CV-1490 |
| Petitioner | : | |
| | : | |
| vs | : | (Judge Rambo) |
| | : | |
| Robert W. Meyers; and | : | (Magistrate Judge Smyser) |
| Attorney General of the | | |
| Commonwealth of Pennsylvania | : | |
| Respondents | | |
| | : | |

**FILED HARRISBURG**

APR 1 2 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## MOTION FOR ENLARGEMENT OF TIME

Petitioner, Jerry Mason, respectfully moves this Honorable Court for an Enlargement of Time, and states the following in support thereof;

1. On March 12, 2001, this Honorable Court appointed the Federal Public Defenders office to represent the Petitioner in this case.

2. This Court further ordered that within thirty days, Petitioner through appointed Counsel shall submit a brief addressing the merits of Petitioner's claims.

3. It appears to Petitioner that as of this filing, the Federal Public Defenders office has not yet assigned a specific Attorney to represent Petitioner, to date Petitioner has not received notification informing Petitioner of a specific Attorney being assigned to this case.

4. That an Enlargement of Time is necessary in order for Petitioner and his Attorney to confer, supply evidence and information to said Attorney to further support his claims.

5. That Petitioner does not waive any rights to the filing of this brief ordered by this Court or any rights in regards to this case unless Petitioner has done so in writing to this Court.

Wherefore, Petitioner respectfully request this Court for an order granting an Enlargement of Time.

Date: *April 9, 2001*

Respectfully Submitted,

*Jerry Mason*
Jerry Mason
BK-6012
Box A
Bellefonte, PA.
16823