IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JERRY MASON,
    *Petitioner*
    v.

ROBERT W. MEYERS,
Superintendent,
    *Respondent*

Civil No. 1:00-CV-1490

(Magistrate Judge Smyser)

**FILED
HARRISBURG, PA
APR 1 3 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK**

### ORDER OF COURT

AND NOW this ____13TH____ day of April, 2001, upon consideration of Petitioner's Motion for Extension of Time Within Which to File Brief, **IT IS HEREBY ORDERED** that the motion *(Doc. 26)* is **GRANTED**. The deadline for filing the petitioner's brief shall be extended to Monday, May 21, 2001.

BY THE COURT:

_____
MAGISTRATE JUDGE J. ANDREW SMYSER
United States District Court

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 13, 2001

Re: 1:00-cv-01490   Mason v. Meyers

True and correct copies of the attached were mailed by the clerk to the following:

Jerry Mason
SCI-R
SCI at Rockview
BK-6012
P.O. Box A
Bellefonte, PA   16823

Daniel Isaiah Siegel, Esq.
100 Chestnut St.
Suite 306
Harrisburg, PA   17101

David W. Lupas, Esq.
225 Wyoming Ave
West Pittston, PA   18643

Frank P. Barletta, Esq.
District Attorney's Office
Luzerne County Courthouse
200 North River Street
Wilkes-Barre, PA   18711

David W Lupas, Esq.
District Attorney of Luzerne County
Courthouse
200 N. River St.
Wilkes-Barre, PA   18711

David W. Lupas
Luzerne County Courthouse
Wilkes Barre, PA   18711   *remove*

```
cc:
Judge                           ( )              ( ) Pro Se Law Clerk
Magistrate Judge                (✓)              ( ) INS
U.S. Marshal                    (✓)              ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )   PA Atty Gen ( )
                                          DA of County  ( )   Respondents ( )

Bankruptcy Court                ( )
Other_____            ( )
                                                        MARY E. D'ANDREA, Clerk


DATE: ____4-13-01____                         BY: _____
                                                        Deputy Clerk
```