seal

29 pm
4/18/01

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JERRY MASON,                         :    CIVIL NO. **1:00-CV-1490**
                                     :
              Petitioner             :    (Judge Rambo)
                                     :
      v.                             :    (Magistrate Judge Smyser)
                                     :
ROBERT W. MEYERS,                    :
Superintendent,                      :
                                     :
              Respondent             :         **FILED**
                                          HARRISBURG, PA

                   ORDER                  APR 1 7 2001

                                          MARY E. D'ANDREA, CLERK
                                          PER_____
                                                 DEPUTY CLERK

      By an Order dated March 12, 2001, the Federal Public

Defender was appointed to represent the petitioner in this

habeas corpus action.  The petitioner, through counsel, was

ordered to file a brief addressing the merits of his claims.


      On April 11, 2001, the petitioner's counsel, Daniel I.

Seigel, Esquire, Assistant Federal Public Defender, filed a

motion for an enlargement of time to file a brief addressing

the merits of the petitioner's claims.  By an Order dated

April 13, 2001, that motion for an extension of time was

granted and the petitioner was ordered to file his brief on or before May 21, 2001.

On April 12, 2001, the petitioner, proceeding *pro se*, filed a motion for an enlargement of time to file a brief addressing the merits of his claims.  The petitioner states that the Federal Public Defender's Office has not yet assigned a specific attorney to handle this case.  We will strike this motion since the petitioner is represented by counsel, Daniel I. Seigel, Esquire.  The petitioner has already been granted an extension of time to file a brief addressing the merits of his claims.

AND NOW, this 17th day of April, 2001, **IT IS HEREBY ORDERED** that the petitioner's *pro se* motion (doc. 27) for an enlargement of time is **STRICKEN.**

_____
J. Andrew Smyser
Magistrate Judge

Dated:  April  17 , 2001.

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 17, 2001

Re:  1:00-cv-01490    Mason v. Meyers

True and correct copies of the attached were mailed by the clerk
to the following:

Jerry Mason
SCI-R
SCI at Rockview
BK-6012
P.O. Box A
Bellefonte, PA   16823

Daniel Isaiah Siegel, Esq.
100 Chestnut St.
Suite 306
Harrisburg, PA   17101

David W. Lupas, Esq.
225 Wyoming Ave
West Pittston, PA   18643

Frank P. Barletta, Esq.
District Attorney's Office
Luzerne County Courthouse
200 North River Street
Wilkes-Barre, PA   18711

David W Lupas, Esq.
District Attorney of Luzerne County
Courthouse
200 N. River St.
Wilkes-Barre, PA   18711

David W. Lupas
Luzerne County Courthouse
Wilkes Barre, PA   18711

cc:
Judge                          (  /  )              (  ) Pro Se Law Clerk
Magistrate Judge               ( /   )              (  ) INS
U.S. Marshal                   (  )                 (  ) Jury Clerk
Probation                      (  )
U.S. Attorney                  (  )
Atty. for Deft.                (  )
Defendant                      (  )
Warden                         (  )
Bureau of Prisons              (  )
Ct Reporter                    (  )
Ctroom Deputy                  (  )
Orig-Security                  (  )
Federal Public Defender        (  )
Summons Issued                 (  )  with N/C attached to complt. and served by:
                                     U.S. Marshal (  )     Pltf's Attorney (  )

Standard Order 93-5            (  )
Order to Show Cause            (  )  with Petition attached & mailed certified mail
                                     to:  US Atty Gen   (  )   PA Atty Gen (  )
                                          DA of County  (  )   Respondents (  )

Bankruptcy Court               (  )
Other_____  (  )
                                                MARY E. D'ANDREA, Clerk


DATE: ___4-17-01_____              BY: _____
                                              Deputy Clerk