

31
5-7-01
ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JERRY MASON,                    :
    Petitioner          :    Civil No. 1:00-CV-1490
                          :
    v.                 :
                          :
ROBERT W. MEYERS,               :    (Magistrate Judge Smyser)
Superintendent,                 :
    Respondent          :

FILED
HARRISBURG, PA

MAY 0 4 2001

MARY E. D'ANDREA, CLERK
Per
Deputy Clerk

## EXHIBIT "A" TO PETITIONER'S MOTION FOR DISCOVERY

AND NOW comes the petitioner, Jerry Mason, by his attorney Daniel I. Siegel of the Federal Public Defender's Office, and files this Exhibit "A" to Petitioner's Motion for Discovery.

Respectfully submitted,

Date: _May 4, 2001_

_Daniel I. Siegel_

Daniel I. Siegel, Esquire
Asst. Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Attorney for Jerry Mason
Attorney ID # 38910

EXHIBIT  "A"

1          THE COURT:  You may step down.  Watch

2   your step getting down.

3          Ladies and gentlemen, we are going to

4   take your mid-afternoon break for about 15 minutes

5   so you can refresh yourselves and so that the

6   court reporter and every one else can take a

7   break.

8          Please do not discuss the case, as I

9   instructed you before.  You may be excused.

10      (Whereupon, a brief recess was taken.)

11          MR. KELLER:  Our next witness is Mr.

12  George Surma.

13              GEORGE SURMA,

14  called as a witness on behalf of the Commonwealth,

15  being duly sworn, was examined and testified as

16  follows:

17      DIRECT EXAMINATION ON QUALIFICATIONS

18  BY MS. CIANFLONE:

19      Q     Mr. Surma, please state your full

20  name and occupation for the jury?

21      A     George J. Surma, and I am criminalist

22  with the Pennsylvania State Police, Wyoming Crime

23  Lab.

24      Q     How long have you been so employed?

25      A     16 years.

515

1     Q      And what training do you have as a
2   criminalist?
3     A      I have a B.S. Degree in biology from
4   University of Scranton, plus on-the-job training
5   with the State Police when I first became employed
6   with them.
7     Q      And what do your duties include as a
8   criminalist?
9     Q      My duties include the securing of
10  evidence, the testing, examining, anaylsis of
11  evidence, and making up reports containing the
12  results of my analysis and testifying to those
13  results in a legal proceeding.
14    Q      And you have been doing this job for
15  16 years?
16    A      16 years.
17    Q      All with the Pennsylvania State
18  Police?
19    A      With the Pennsylvania State Police.
20    Q      Where are you stationed with the
21  police?
22    A      I'm at Wyoming Crime Lab.
23    Q      You are not a trooper?
24    A      I am a civilian.
25           MS. CIANFLONE:  I offer Mr. Surma as

516

1    an expert.

2                    THE COURT:  Any voir dire?

3                    MR. MARSILIO:  Yes, Your Honor.

4          CROSS EXAMINATION ON QUALIFICATIONS

5    BY MR. MARSILIO:

6          Q      Mr. Surma, what is your educational

7    background?

8          A      I have a B.S. Degree in biology.

9          Q      And when did you attain that?

10          A      That was obtained in June of 1967.

11          Q      And how long have you been employed

12   by the Pennsylvania State Police?

13          A      Approximately 16 years, 16 years

14   March 20th.

15          Q      And have you held any other chemistry

16   related job?

17          A      I was a medical technician for five

18   years in a hospital before becoming employed with

19   the Pennsylvania State Police.

20          Q      Do you have any specific training

21   other than your B.S. in biology?

22          A      Well,  I did attend some courses

23   while I was a criminalist at the crime lab;

24   courses in drug analysis, forensic microscopy, the

25   analysis of blood, and the advanced electrophesis

                              517

1    course in the analysis of blood.

2              MR. MARSILIO:   I have no further

3    questions, nor would I object to the admission of

4    this expert as an expert criminalist.

5              THE COURT:   He may be admitted as an

6    expert criminalist.

7                   DIRECT EXAMINATION

8    BY MS. CIANFLONE:

9         Q     Mr. Surma, as your duties as an

10   expert criminalist in the Pennsylvania State

11   Police, you testified you analyze blood?

12        A     Yes.

13        Q     What other objects would you be

14   analyzing in the course of those duties?

15        A     I would analyze and compare hair

16   fibers, glass, paints, drugs, other bodily fluids

17   besides blood as saliva, seminal stains.

18        Q     Do you do rape analysis?

19        A     Yes, I do.

20        Q     What does that entail?

21        A     That normally involves the

22   examination of items for the presence of semen.

23        Q     What kind of items did you examine?

24        A     I examine clothes from the victim,

25   sometimes from the suspect.  And also items that

1   are submitted under a rape case which is collected

2   at a hospital from the victim.

3          Q      In the course of your duties have you

4   had occasion to examine any of the items from Joan

5   Swerdon?

6          A      Yes, I did.

7          Q      Could you tell us first how you came

8   into position of those items and what they were?

9          A      Yes.  I came into possession of these

10  items on November 4, 1987.  I obtained the

11  evidence from our locked evidence room.  The

12  evidence was submitted on September 11, 1987, by

13  Trooper Henry.  And they remained in the evidence

14  room until they were retrieved by me on November

15  11th -- or November 4th, rather.  And the evidence

16  consisted of items of clothing from the victim and

17  also a rape test kit.

18         Q      Could you enumerate the items?

19         A      Yes.  The clothing consisted of a one

20  bra, one pair of ladies panties, one pair of blue

21  jeans, a sweat shirt, and a blue jacket.

22         Q      And you also stated there was a rape

23  test kit?

24         A      Yes.

25         Q      What did that contain?

1       A       That contained a slide, an air dry

2   slide for the oral pharynx, a GC culture from the

3   oral pharynx, fingernail scrapings with saline,

4   saline lavage of oral pharynx, and combed pubic

5   hairs, plucked or cut pubic hair, air dry vaginal

6   slides, vaginal wiping in saline, saline lavage of

7   the vagina, and a culture and GC culture from

8   vagina and a brown envelope.

9       Q       Now, Trooper, I am going to show you

10  what has been marked and admitted as

11  Commonwealth's Exhibit No. 21.  Could you please

12  first tell me, are those your initials on the

13  front of the bag?

14      A       Yes, they were.

15      Q       Could you also tell me what is inside

16  the bag?

17      A       Inside the bag are a pair of panties.

18      Q       Okay.  Could you please tell the

19  Court and jury whether you recognize the panties?

20      A       Yes, my initials T.G.S. appear on the

21  panties.

22      Q       Are those the panties you analyzed in

23  connection with Joan Swerdon's case?

24      A       Yes, they were.

25      Q       Could you please initially tell the

                            520

1    Court and jury what you do to analyze, what you

2    did to analyze the panties?

3        A       Well, essentially what I did is I

4    examined the panties for any suspicious stains

5    which I thought might be seminal stains.

6        Q       Could you tell the jury then?

7        A       I did find the stain in the crotch

8    area which I tested.

9        Q       How do you test them?

10       A       First test that would be run or that

11   I did run was acid phosphatase test.  And what

12   this test does is detect acid phosphatase "K"

13   which is an enzyme found in large amounts in

14   seminal fluid.

15       Q       How did you test it?

16       A       It is more or less a color test.  We

17   have a reagent or powder that we use to mix up

18   reagents with.  And what it does is that the

19   suspicious area is moistened with distilled water,

20   and it is blotted with filter paper and the filter

21   paper is tested rather than directly testing, the

22   test being directly performed on the panties or

23   stain itself.

24       Q       And what did the test reveal?

25       A       The test showed that the test

1    indicates that there was acid phosphatase present.

2          Q      And what does that mean?

3          A      That means that it is, like I said,

4    it's a presumptive test.

5          Q      Okay.

6          A      It doesn't confirm the presence of

7    seminal acid phosphastase, it just indicates the

8    presence of acid phosphatase.  As to what the

9    origin is, I went further with my testing and

10   performed a microscopic on an extract from the

11   stained area that I tested for acid phosphatase.

12                And this is done by extracting the

13   area with -- or the area which is removed from

14   the -- which was removed from the crotch of the

15   panty with distilled water for several minutes and

16   spinning the solution down in a centrifuge

17   collecting a button, what we call a button, a

18   button of the residue which is extracted from the

19   stained area.

20         Q      And this happened in the centrifuge,

21   it pulls it apart?

22         A      No, it is just a liquid that we put

23   into a tube which is the extract from the stained

24   area.  And whatever residue or whatever particular

25   matter that is in that tube will form a button at

1   the bottom of the tube.

2         Q       And you examined the button?

3         A       Yes, I did.  I smeared it onto a

4   glass slide and subsequently stained it with a

5   certain dye that we use.

6         Q       And what is that dye?

7         A       It is called a Christmas tree stain,

8   and it is very specific for spermatoza.  The head

9   will appear to be red and the tail will appear to

10  be green, so they stand out very vividly in a

11  smear.  They are most easily detected as a result

12  of microscopic examination.

13        Q       Now, when you smeared the slides with

14  this --

15        A       And I stained it.

16        Q       And you stained it, what was

17  revealed?

18        A       As a result of microscopic

19  examination, I found human sperm heads to be

20  present.

21        Q       You also stated that you examined the

22  other items?

23        A       Yes, I did.

24        Q       Was anything of probative value found

25  on those items?

1        A        No, sir.

2                 MS. CIANFLONE:   No further questions.

3                      CROSS EXAMINATION

4    BY MR. MARSILIO:

5        Q        Mr. Surma, you analyzed this evidence

6    on November 4, 1987, is that correct?

7        A        Yes, that is.

8        Q        But the evidence according to the

9    notes you have was collected on September 11th of

10   1987?

11       A        That's correct.

12       Q        So then those sperm heads were

13   present on the crotch of those panties for almost

14   two months?

15       A        Yes, sir.

16       Q        Were you able to ascertain in your

17   testing the precise --excuse me.

18                Were you able to ascertain in your

19   testing the approximate date when those sperm

20   heads would have been deposited in the crotch of

21   those panties?

22       A        No, sir that's impossible to tell.

23       Q        It is impossible to tell.  So, you

24   can't say with any degree of certainty that those

25   sperm heads were deposited on those -- in the

1    crotch of those panties on the 8th of September of

2    1987?

3         A    That's correct.

4         Q    Could they have been deposited on

5    those panties at any time prior to the 8th of

6    September of 1987?

7         A    Possible.

8         Q    How long prior to 8th of September,

9    1987, could sperm heads been deposited in the

10   crotch of those panties?

11        A    I couldn't say.

12        Q    Months?

13        A    Possibly.

14        Q    Mr. Surma, you got a lab report that

15   has got a number of, it is indicated with

16   87-1546C?

17        A    That's correct.

18        Q    Dated November 9th, 1987?

19        A    Yes, sir.

20        Q    And item 6-a from the rape test kit

21   is a slide air dry from oral pharynx?

22        A    Yes, sir.

23        Q    What is that?

24        A    That would be a smear that would be

25   taken from the pharynx.

1     Q     Okay.

2     A     Placed onto a smear to a glass slide

3 and dried and subsequently stained.

4     Q     For us lay people, what is the

5 pharynx?

6     A     I believe that would be the voice

7 box, around the voice box area of the throat.

8     Q     And what were you looking for in that

9 slide, if anything?

10     A     I was looking for spermatoza, sperm

11 cells.

12     Q     Did you find any?

13     A     No, sir.

14     Q     Item b, is the GC from oral pharynx,

15 again, that is a general culture?

16     A     Yes, I would assume that is what it

17 would be, or else gonococcus culture.  This was

18 submitted to the laboratory by mistake.  It should

19 have never been, because we don't do those kinds

20 of tests at the lab.

21     Q     So a mistake was made as far as 6-b

22 was concerned, and that is why that item is not

23 tested?

24     A     That's correct.

25     Q     Now, item 6-c is a fingernail

1    scraping with saline?

2              A       Yes.

3              Q       What is that?

4              A       It's a scraping made of the inside of

5    fingernails and submitted to the crime lab for

6    purpose of examining for flesh, blood, fibers.

7              Q       And that scraping came from the

8    victim?

9              A       I would assume, yes, the victim's

10   hands.

11             Q       And what were you able to determine

12   from that fingernail scraping?

13             A       Nothing of probative value was found.

14             Q       6-d is a saline lavage oral pharynx,

15   could you explain what that is?

16             A       I believe what it is is a washing --

17   they introduce liquid into the area and more or

18   less suck it out in the form of a wash.

19             Q       Into the pharynx or the throat?

20             A       Yes.

21             Q       And was that analyzed?

22             A       Yes, it was.

23             Q       And what was determined from that?

24             A       No seminal fluid was found.

25             Q       Item 6-e, combed pubic hairs, what

1   did you do with that?

2       A     Well, actually I didn't do anything

3   with it because there were no hairs present.

4       Q     Okay, explain that?

5       A     Just a comb.

6       Q     Explain that?

7       A     The purpose of this examination is to

8   examine the contents of the envelope for any

9   evidence of foreign hairs which may be dissimilar

10   to the victim's hair from the pubic region.

11       Q     Okay.

12       A     That is why --

13       Q     So pubic hairs were somehow extracted

14   from the victim and --

15       A     They were combed out of the --

16       THE COURT:  Wait, let's have the

17   question first.

18   BY MR. MARSILIO:

19       Q     Pubic hairs were combed from the

20   victim's body and in those combings you're looking

21   for the presence of hair belonging to someone

22   else?

23       A     Possibly belonging to someone else,

24   foreign hair, yes.

25       Q     What were you able to find from that

528

1  analysis?

2      A    Like I mentioned previously, there

3  were -- no hairs were found in the envelope.

4  Evidently no hairs were obtained as a result of

5  combings.

6      Q    No hairs were obtained as a result of

7  combings?

8      A    That is what I assume, because there

9  were no hairs present in the envelope.

10      Q    Item 6-f is plucked or cut pubic

11  hairs?

12      A    Yes.  These are samples that it

13  states plucked or cut from the pubic hair of the

14  victim for comparison with hair found in the

15  combings.

16      Q    So you were unable to complete that

17  analysis because there was no combed hair in the

18  envelope?

19      A    That's correct, no hair to compare it

20  with.

21      Q    Item 6-g, air dry vaginal slide,

22  would you explain what that is?

23      A    Yes.  This is a slide which is made

24  from a swabbing made of the vagina, and it is air

25  dried and subsequently stained for the presence of

1    spermatozoa.

2          Q    Swabbing of the vagina?

3          A    Yes, that's normally how it is taken.

4          Q    How thorough is that swabbing?

5          A    Well, it depends on what area of the

6    vagina is swabbed, that would be a question for

7    the doctor to answer.

8          Q    And you won't know?

9          A    I don't know the procedure.

10         Q    What did Item g disclose if anything?

11         A    Disclosed -- well, like I said,

12   subsequently stained the slides and examined them

13   microscopically, but no sperm cells were found.

14         Q    And Item h is vaginal wiping in

15   saline, again explain that?

16         A    I would assume a wiping of the

17   vaginal area and placed in the saline solution

18   which was subsequently tested by me for the

19   presence of acid phosphatase.

20         Q    And what did you find?

21         A    Which was negative.

22         Q    Negative?

23         A    Yes, sir.

24         Q    Item i is saline lavage vagina?

25         A    Again, a washing of the vaginal area.

1        Q       Again please?

2        A       Again, swabbing of the vaginal area

3    which was subsequently tested by me for the

4    presence of acid phosphatase.  And again my

5    results were negative.

6        Q       6-j says chlymidia?

7        A       Yes, I believe that is another

8    culture.  I'm not sure.

9        Q       You didn't test that?

10       A       No, sir.

11       Q       K is GC culture from vagina?

12       A       Another culture which we don't test

13   for.

14       Q       Why did it take so long to get this

15   test kit to you, if you know?

16       A       Backlog.  We were under a very heavy

17   backlog at the time, and cases were to be taken in

18   consecutive order.  And it just took me that long

19   to get to this particular case.

20       Q       Now, the sperm cells or sperm heads

21   that you found, are they dead?

22       A       Yes they are.

23               MR. MARSILIO:  Redirect.

24                    REDIRECT EXAMINATION

25   BY MS. CIANFLONE:

1          Q          Mr. Surma, would washing the panties

2    take the sperm heads out?

3          A          It is possible, yes.

4          Q          So if they had been washed prior to

5    Joan wearing them, there would be no sperm heads

6    found?

7          A          It is possible.  Again, how

8    thoroughly they were washed.

9          Q          Now, all the while you stated that

10   you received this evidence on September 11, but

11   you never got to it until November 4th?

12         A          That's correct.

13         Q          All the while where was the evidence?

14         A          It was in our locked evidence room.

15         Q          At the Pennsylvania State Police?

16         A          At the crime lab, yes, sir.

17              MS. CIANFLONE:  Nothing else.

18                   RECROSS EXAMINATION

19   BY MR. MARSILIO:

20         Q          It is possible that washing the

21   panties will take the sperm heads out?

22         A          It is possible, sure.

23         Q          So then it is also possible that

24   after having washed the panties the sperm heads

25   could remain on the panties?

                            532

1          A      It depends on how much the panties

2    were washed, how thoroughly they were washed,

3    that's a possibility.

4                    MR. MARSILIO:  Okay.  Thank you.

5                    THE COURT:  You may step down.  Watch

6    your step.

7                    DEBORAH A. PATTERNAC,

8    called as a witness on behalf of the Commonwealth,

9    being duly sworn, was examined and testified as

10   follows:

11                   DIRECT EXAMINATION ON QUALIFICATIONS

12   BY MS. CIANFLONE:

13         Q      Doctor, would you state your full

14   name for the Court and jury?

15         A      Deborah Ann Patternac, M.D.

16         Q      And where do you practice?

17         A      I practice at the Wyoming Family

18   Practice Residency Program.

19         Q      And what is your position there?

20         A      I am an instructor of family

21   medicine.

22         Q      How long have you been a doctor?

23         A      For ten years.

24         Q      Could you just please tell the Court

25   and jury about your educational background?

                          533

## CERTIFICATE OF SERVICE

I, Daniel I. Siegel, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing **EXHIBIT "A" TO PETITIONER'S MOTION FOR DISCOVERY** by placing the same in the United States mail, first class, in Harrisburg, Pennsylvania, addressed to the following:

Frank P. Barletta, Esquire
Assistant District Attorney
Luzerne County Courthouse
200 North River Street
Wilkes-Barre, PA 18711

Jerry Mason
Inmate No. BK-6012
SCI Rockview
PO Box A
Bellefonte, PA 16823

Date: _May 4, 2001_      _Daniel I. Siegel_
DANIEL I. SIEGEL, ESQUIRE
Asst. Federal Public Defender
Attorney for Jerry Mason