see all

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JERRY MASON,                          :    CIVIL NO. 1:00-CV-1490
                                      :
        Petitioner            :    (Judge Rambo)
   v.                                 :
                                      :    (Magistrate Judge Smyser)
ROBERT W. MEYERS,                     :
Superintendent;                       :
                                      :    **FILED**
        Respondent            :    **HARRISBURG, PA**

                                                  JUN 0 4 2001

                           <u>ORDER</u>      MARY E. D'ANDREA, CLERK
                                                 PER_____
                                                        DEPUTY CLERK

     Upon consideration of Petitioner's Motion for Discovery (Doc. 30) which the respondent (by the District Attorney of Luzerne County) does not oppose, **IT IS ORDERED** that the motion is **GRANTED**. The District Attorney of Luzerne County shall, on or before **June 18, 2001**, produce Commonwealth's Exhibit 21 for DNA testing by the defense. The District Attorney and the Federal Public Defender shall take such measures as are reasonably necessary to preserve chain of custody and to otherwise assure the continuing evidentiary usefulness of the evidence.

                                                             _____
                                                             J. Andrew Smyser
                                                             Magistrate Judge

Dated:   June 4, 2001.

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 4, 2001

Re:  1:00-cv-01490    Mason v. Meyers

True and correct copies of the attached were mailed by the clerk to the following:

Jerry Mason
SCI-R
SCI at Rockview
BK-6012
P.O. Box A
Bellefonte, PA  16823

Daniel Isaiah Siegel, Esq.
100 Chestnut St.
Suite 306
Harrisburg, PA  17101

David W. Lupas, Esq.
225 Wyoming Ave
West Pittston, PA  18643

Frank P. Barletta, Esq.
District Attorney's Office
Luzerne County Courthouse
200 North River Street
Wilkes-Barre, PA  18711

David W Lupas, Esq.
District Attorney of Luzerne County
Courthouse
200 N. River St.
Wilkes-Barre, PA  18711

David W. Lupas
Luzerne County Courthouse
Wilkes Barre, PA  18711

```
cc:
Judge                          ( )              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other _____         ( )
                                                   MARY E. D'ANDREA, Clerk

DATE: ___6/4/01___                      BY: _____
                                            Deputy Clerk
```