

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY MASON,<br>    *Petitioner* | Civil No. 1:00-CV-1490 |
| v. | |
| ROBERT W. MEYERS,<br>Superintendent,<br>    *Respondent* | (Magistrate Judge Smyser) |

## REPORT OF PETITIONER

AND NOW comes the petitioner, Jerry Mason, by his attorney Daniel I. Siegel of the Federal Public Defender's Office, and files this Report of Petitioner.

The Federal Public Defender's Office has located the undergarment which was the subject of petitioner's request for DNA testing. The undergarment has been shipped to Cellmark Laboratories for testing. Undersigned counsel will advise the Court when the testing is complete.

Respectfully submitted,

Date: Nov. 15, 2001

Daniel I. Siegel, Esquire
Asst. Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Attorney for Jerry Mason
Attorney ID # 38910

## CERTIFICATE OF SERVICE

I, Daniel I. Siegel, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the **REPORT OF PETITIONER** by placing the same in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

> Frank P. Barletta, Esquire
> Assistant District Attorney
> Luzerne County Courthouse
> 200 North River Street
> Wilkes-Barre, PA 18711

> Jerry Mason
> Inmate No. BK-6012
> SCI Rockview
> PO Box A
> Bellefonte, PA 16823

Date: Nov. 15, 2001

DANIEL I. SIEGEL, ESQUIRE
Asst. Federal Public Defender
Attorney for Jerry Mason