*see as* [handwritten]

(49)
1/9/02

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY MASON, | : CIVIL NO. **1:00-CV-1490** |
| Petitioner | : (Judge Rambo) |
| v. | : (Magistrate Judge Smyser) |
| ROBERT W. MEYERS, Superintendent, | : |
| Respondent | : |

**FILED
HARRISBURG, PA
JAN 0 8 2002
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK**

<u>ORDER</u>

AND NOW, this 8th day of January, 2002, **IT IS HEREBY ORDERED** that on or before January 28, 2002, the petitioner shall file a status report informing the court of the status of the DNA testing being conducted in this case.

J. Andrew Smyser
Magistrate Judge

Dated: January 8, 2002.

AO 72A
(Rev 8/82)

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

             * * MAILING CERTIFICATE OF CLERK * *

                      January 8, 2002
```

Re:  1:00-cv-01490    Mason v. Meyers

True and correct copies of the attached were mailed by the clerk to the following:

```
Jerry Mason
SCI-R
SCI at Rockview
BK-6012
P.O. Box A
Bellefonte, PA  16823

Daniel Isaiah Siegel, Esq.
100 Chestnut St.
Suite 306
Harrisburg, PA  17101

David W. Lupas, Esq.
225 Wyoming Ave
West Pittston, PA  18643

Frank P. Barletta, Esq.
District Attorney's Office
Luzerne County Courthouse
200 North River Street
Wilkes-Barre, PA  18711

David W Lupas, Esq.
District Attorney of Luzerne County
Courthouse
200 N. River St.
Wilkes-Barre, PA  18711

David W. Lupas
Luzerne County Courthouse
Wilkes Barre, PA  18711
```

```
cc:
Judge                          (  )              (  ) Pro Se Law Clerk
Magistrate Judge               (/)               (  ) INS
U.S. Marshal                   (  )              (  ) Jury Clerk
Probation                      (  )
U.S. Attorney                  (  )
Atty. for Deft.                (  )
Defendant                      (  )
Warden                         (  )
Bureau of Prisons              (  )
Ct Reporter                    (  )
Ctroom Deputy                  (  )
Orig-Security                  (  )
Federal Public Defender        (  )
Summons Issued                 (  ) with N/C attached to complt. and served by:
                                    U.S. Marshal (  )   Pltf's Attorney (  )
Standard Order 93-5            (  )
Order to Show Cause            (  ) with Petition attached & mailed certified mail
                                    to: US Atty Gen   (  )  PA Atty Gen  (  )
                                        DA of County  (  )  Respondents  (  )
Bankruptcy Court               (  )
Other_____           (  )
                                                 MARY E. D'ANDREA, Clerk

DATE:  1-8-02                              BY:  STB
                                                 Deputy Clerk
```