2 α

ORIGINAL
50
1/29/02

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JERRY MASON,                      :
     *Petitioner*            :    Civil No. 1:00-CV-1490
     v.                      :
                                 :
ROBERT W. MEYERS,                 :    (Magistrate Judge Smyser)
Superintendent,                   :
     *Respondent*            :

## STATUS REPORT OF PETITIONER

AND NOW comes the petitioner, Jerry Mason, by his attorney Daniel I.
Siegel of the Federal Public Defender's Office, and files this Status Report of
Petitioner.

1.     On January 22, 2002, Federal Public Defender Investigator Richard S.
Garvey called Cellmark Diagnostics to inquire about the status of DNA testing.

2.     Mr. Garvey was informed that the lab had finished their presumptive testing
of the victim's undergarment and that no semen had been detected.

3.    Mr. Garvey was informed that a formal report would be mailed in about one

week.

Respectfully submitted,

Date: _Jan. 28, 2002_                    _Daniel I. Siegel_
                                         Daniel I. Siegel, Esquire
                                         Asst. Federal Public Defender
                                         100 Chestnut Street, Suite 306
                                         Harrisburg, PA 17101
                                         Attorney for Jerry Mason
                                         Attorney ID # 38910

# CERTIFICATE OF SERVICE

I, Daniel I. Siegel, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the **STATUS REPORT OF PETITIONER** by placing the same in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

> Frank P. Barletta, Esquire
> Assistant District Attorney
> Luzerne County Courthouse
> 200 North River Street
> Wilkes-Barre, PA 18711
>
>
> Jerry Mason
> Inmate No. BK-6012
> SCI Rockview
> PO Box A
> Bellefonte, PA 16823

Date: _Jan. 28, 2002_                 _Daniel I. Siegel_
                                       DANIEL I. SIEGEL, ESQUIRE
                                       Asst. Federal Public Defender
                                       Attorney for Jerry Mason

3