*see als* 

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY MASON, | : | CIVIL NO. **1:00-CV-1490** |
| Petitioner | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Smyser) |
| ROBERT W. MEYERS, Superintendent, | : | |
| Respondent | : | |

**FILED
HARRISBURG, PA
FEB 0 4 2002
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK**

<u>ORDER</u>

Disposition of this petition for a writ of habeas corpus has been delayed, in part, due to the petitioner's attempt to locate and then conduct DNA tests on certain evidence.

By an Order dated January 8, 2002, the petitioner was ordered to file, on or before January 28, 2002, a status report informing the court of the status of the DNA testing being conducted in this case. On January 28, 2002, the petitioner filed a status report indicating that the investigator for the petitioner's counsel called the laboratory doing the DNA testing and was informed that the laboratory had finished their presumptive testing, that no semen had been detected on the

AO 72A
(Rev 8/82)

garment and that a written report would be mailed in about one week.

AND NOW, this 4th day of February, 2002, **IT IS HEREBY ORDERED** that on or before February 15, 2002, the petitioner shall file another status report informing the court whether any further DNA tests beyond the presumptive testing mentioned in the petitioner's January 28, 2002 status report will be conducted and, if so, the status of such testing.

J. Andrew Smyser
Magistrate Judge

Dated: February  4 , 2002.

2