IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY MASON,<br>    *Petitioner*<br>v.<br><br>ROBERT W. MEYERS,<br>Superintendent,<br>    *Respondent* | : Civil No. 1:00-CV-1490<br>:<br>:<br>:<br>: (Magistrate Judge Smyser)<br>:<br>: |

### STATUS REPORT OF PETITIONER

AND NOW comes the petitioner, Jerry Mason, by his attorney Daniel I. Siegel of the Federal Public Defender's Office, and files this Status Report of Petitioner.

1. By order dated February 4, 2002, defense counsel was directed to report to the Court whether or not further DNA testing was contemplated.

2. The defense will not be conducting any further DNA testing.

Respectfully submitted,

Date: Feb. 7, 2002

Daniel I. Siegel, Esquire
Asst. Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Attorney for Jerry Mason
Attorney ID # 38910

## **CERTIFICATE OF SERVICE**

I, Daniel I. Siegel, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the **STATUS REPORT OF PETITIONER** by placing the same in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

>Frank P. Barletta, Esquire
>Assistant District Attorney
>Luzerne County Courthouse
>200 North River Street
>Wilkes-Barre, PA 18711

>Jerry Mason
>Inmate No. BK-6012
>SCI Rockview
>PO Box A
>Bellefonte, PA 16823

Date: Feb. 7, 2002

DANIEL I. SIEGEL, ESQUIRE
Asst. Federal Public Defender
Attorney for Jerry Mason