

56
4-25-02
mr

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JERRY MASON,** | CIVIL NO. 1:CV-00-1490 |
| Petitioner | (Judge Rambo) |
| v. | (Magistrate Judge Smyser) |
| **ROBERT W. MEYERS,** Superintendent, | |
| Respondent | |

**O R D E R**

FILED
APR 2 5 2002
PER ___mr___
HARRISBURG, PA  DEPUTY CLERK

On February 20, 2002, the magistrate judge filed a report in which he recommended that the petition for writ of habeas corpus be denied. Petitioner has filed objections to the report and recommendation.

Middle District Local Rule 72.3 reads, in part, that a party filing objections

> shall file with the clerk of court, and serve on the magistrate judge and all parties, written objections which shall specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for such objections. The briefing requirements set forth in Local Rule 72.2 shall apply. A judge shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge.

In this case, the objections are in the form of a reiteration of petitioner's claims. The magistrate judge addressed those claims and gave sound reasons for rejecting them. Petitioner does not cite specifically to the portions of the proposed findings to which objection is made or the basis for

such objection. In the absence of such, this court can only accept the well-reasoned report of the magistrate judge.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Smyser.

2) The petition for writ of habeas corpus is denied.

3) This court declines to issue a certificate of appealability.

4) The Clerk of Court shall close the file.

SYLVIA H. RAMBO
United States District Judge

Dated: April 25, 2002.