# NOTICE OF APPEAL TO
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Middle District of Pennsylvania (Harrisburg)

| | |
|---|---|
| FULL CAPTION IN DISTRICT COURT: | Circuit Court Docket No. _____ |
| **JERRY MASON** | District Court Docket No. **1:00-CV-1490** |
| v. | |
| **ROBERT W. MEYERS,** Superintendent | District Court Judge **Sylvia H. Rambo** |

Notice is hereby given that **Jerry Mason** appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment; [X] Order; [ ] Other (Specify) **denying petition for writ of habeas corpus** entered in this action on **April 25, 2002**.

FILED
HARRISBURG, PA
APR 2 6 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

DATED: **April 26, 2002**

_Daniel J. Siegel_
(Counsel for Appellant-signature)

| | |
|---|---|
| **Daniel I. Siegel, Esquire** Name of counsel-Typed) | **Frank P. Barletta, Esquire** (Counsel for Appellee) |
| **Federal Public Defender's Office** (Address) | **District Attorney's Office** (Address) |
| **100 Chestnut Street, Suite 306** | **200 North River Street** |
| **Harrisburg, PA 17101** | **Wilkes-Barre, PA 18711** |
| **(717) 782-2237** (Tel. No. - FTS or Other) | **(570) 825-1674** (Tel. No. - FTS or Other) |

# CERTIFICATE OF SERVICE

I, Daniel I. Siegel of the Federal Public Defender's Office, do hereby certify that on this date I served a copy of the foregoing **NOTICE OF APPEAL** by placing the same in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frank P. Barletta, Esquire
District Attorney's Office
Luzerne County Courthouse
200 North River Street
Wilkes-Barre, PA  18711

Jerry Mason
Inmate No. BK-6012
SCI Rockview
PO Box A
Bellefonte, PA  16823

Date: Apr. 26, 2002

DANIEL I. SIEGEL, ESQUIRE
Asst. Federal Public Defender
Attorney for Jerry Mason

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:                                                         DISTRICT COURT NO. <u>1:00-CV-1490</u>

JERRY MASON

                                                                         CT. OF APPEALS NO. _____
                 V.

ROBERT W. MEYERS


NOTICE OF APPEAL FILED    04/25/02        COURT REPORTER(S)_____

FILING FEE:

NOTICE OF APPEAL___PAID  <u>X</u> NOT PAID    ___SEAMAN

DOCKET FEE    ___PAID <u>X</u> NOT PAID    ___USA

CJA APPOINTMENT: (Attach Copy of Order)

___ PRIVATE ATTORNEY
<u>X</u> DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
___ MOTION PENDING

LEAVE TO PROCEED <u>IN FORMA PAUPERIS</u> STATUS, IF APPLICABLE:
       (Attach Copy of Order)
___ MOTION GRANTED(IN FIRST INSTANCE)
___ MOTION DENIED (IN FIRST INSTANCE)
___ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
       (Attach copy of Order)
___ GRANTED
___ DENIED
___ PENDING

COPIES TO:
Judge Sylvia H. Rambo
M.J. Smyser
Jerry Mason
Daniel Isaiah Siegel, Esquire
David W. Lupas, Esquire
Frank P. Barletta, Esquire


                                                              PREPARED BY <u>Virginia Gilmore</u>
                                                                           Deputy Clerk
Date: <u>04/30/02</u>

UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

MARY E. D'ANDREA
Clerk of Court

(570) 207-5600  FAX (570) 207-5650
*Internet Address: www.pamd.uscourts.gov*

Divisional Offices:

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:     **JERRY MASON V. ROBERT W. MEYERS**
        **USDC NO: 1:CV-00-1490**
        **USCA NO:**
        **E-mail Account: All correspondence should be sent to the e-mail account: PAMDAPPEAL1**

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

|   |   |
|---|---|
| __X__ | **Civil Prisoner Case: Case file and docket sheet available through RACER.** |
| _____ | **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.** |
| _____ | **Non-Prisoner Civil Case or Criminal Case: Notice of Appeal and Docket Sheet available through RACER.** |
| _____ | **Civil Prisoner Case: ____ Supplemental Record filed. Documents and docket sheet available through RACER.** |
| _____ | **Non-Prisoner Civil Case or Criminal Case: ____ Supplemental Record filed. Docket Sheet available through RACER.** |

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ **Virginia Gilmore**
Deputy Clerk

Date: __04/30/02__