58
5/1/02
mfg

## Return Receipt

| | |
|---|---|
| Your document: | 1:00cv1490 Notice of Appeal |
| was received by: | Gayle Burr/CA03/03/USCOURTS |
| at: | 04/30/2002 12:12:22 PM |

FILED
HARRISBURG, PA

APR 30 2002

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk