OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>**CLERK** | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790<br>Website: http://www.ca3.uscourts.gov | TELEPHONE<br>267-299-(4928) |

April 30, 2002

**NOTICE OF DOCKETING OF APPEAL**

Mason
v.
Meyers
No.: 00-cv-01490

**Honorable Sylvia H. Rambo**

FILED
HARRISBURG, PA
MAY 0 1 2002
MARY E. D'ANDREA, CLERK
Per _____

An appeal by **Jerry Mason** was filed in the above-caption case on 4/26/02, and docketed in this Court on 4/30/02, at No. **(02-2186)**.

Kindly use the Appeals Docket No. **(02-2186)** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **Carmella L. Wells** at Carmella_Wells@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**