Case No: 1:00-cv-1490   Document No: 56,   1 Co[py]

Jerry Mason
BK-6012
SCI-R
SCI at Rockview
P.O. Box A
Bellefonte, PA 16823

The U. S. District Court for the Middle District of [Pennsylvania]
established a Fax/Noticing Program effective 2/[...]
To participate in the program, and receive notice[s]
and judgments by electronic means, please com[plete]
authorization form attached.

*Inmate Refused to Accept* (handwritten)

FILED
HARRISBURG, PA
MAY 01 2002
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108
OFFICIAL BUSINESS

RETURN TO SENDER

HARRISBURG PA 04-25-02

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
$0.340
METER 599023