BPS-120                                                February 13, 2003
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **02-2186**

JERRY MASON

vs.

ROBERT W. MEYERS

(M.D. PA. CIV. NO. 00-cv-01490)

Present: SCIRICA, BARRY AND AMBRO, <u>CIRCUIT JUDGES</u>

> Submitted is appellant's request for a certificate of appealability, with supporting brief, under 28 U.S.C. § 2253(c)(1) in the above-captioned case.

> Respectfully,

> Clerk

MMW/CJG/clw

_____ORDER_____

The foregoing request for a certificate of appealability is denied as appellant has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

A TRUE COPY:

*Kathleen Brown*
Kathleen Brouwer,
Deputy Clerk
Dated: MAR 12 2003

By the Court,

*[signature]*
Circuit Judge

CLW/cc: Daniel I. Siegel, Esq.
        Frank P. Barletta, Esq.