BPS-120                                    **February 13, 2003**
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **02-2186**

JERRY MASON

   vs.

ROBERT W. MEYERS

      (M.D. PA. CIV. NO. 00-cv-01490)

Present: SCIRICA, BARRY AND AMBRO, <u>CIRCUIT JUDGES</u>

        Submitted is appellant's request for a certificate of appealability, with supporting brief, under 28 U.S.C. § 2253(c)(1) in the above-captioned case.

        Respectfully,

        Clerk

MMW/CJG/clw

_____ORDER_____

The foregoing request for a certificate of appealability is denied as appellant has failed to make a substantial showing of the denial of a constitutional right.  <u>See</u> 28 U.S.C. § 2253(c)(2).

A TRUE COPY:

Kathleen Brouwer,
Dated:  Deputy Clerk 2003

By the Court,

Circuit Judge

CLW/cc: Daniel I. Siegel, Esq.
Frank P. Barletta, Esq.