

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543

June 11, 2003

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

FILED
HARRISBURG, PA
JUN 25 2003
MARY E. D'ANDREA, CLERK
Per ______ Deputy Clerk

Re: Jerry Mason
v. RObert W. Meyers
No. 02-11064
(Your No. 02-2186)
Judge Rambo

00-CV-01490

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed June 5, 2003 and placed on the docket June 10, 2003 as No. 02-11064.

Sincerely,

William K. Suter, Clerk

by

Gail B. Johnson
Assistant